UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANA ADAMS, ET AL.     Plaintiffs

v.     Civil Action No. 3:16-CV-218

FIFTH THIRD BANK     Defendant

\* \* \* \* \*

## JUDGMENT

In accordance with the Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)    Judgment is entered in favor of Defendant Fifth Third Bank with respect to the claim brought by Plaintiffs Dana Adams and Robert Jones in this matter.

(2)    This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)    This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.